IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | | |
|---|---|---|
| BOMBARDIER CAPITAL, INC. | * | |
| Plaintiff | * | |
| VS. | * | |
| | * | NO: 4:04CV00773 SWW |
| SPORTSMAN'S BOATING CENTER, INC., STAN DICKERSON, NANCY DICKERSON, JOHN NELSON, and KIMBERLY NELSON | * | |
| Defendants | * | |

## **ORDER**

Before the Court are Plaintiff's motion to dismiss its claim against Defendant Kimberly Nelson and Counter Claimant Tommy Overton's motion to dismiss his counterclaims. Pursuant to Federal Rule of Civil Procedure 41(a)(1), these motions (docket entries #30 and #31) are GRANTED. All claims joined in this action have now been dismissed without prejudice. There being no claims remaining, this action is DISMISSED in its entirety.

IT IS SO ORDERED THIS 11th DAY OF JULY, 2005.

/s/Susan Webber Wright

CHIEF JUDGE
UNITED STATES DISTRICT COURT

1